MICHELLE R. BARRETT, Bar No. 197280
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Fax No.: 415.399.8490

BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorneys for Defendant
TARGET CORPORATION

MICHAEL J. TREZZA, Bar No. 142922
LAW OFFICE OF MICHAEL J. TREZZA
506 Second Street
Yuba City, CA 95991
Telephone: (530) 673-5637
Fax No.: (530) 673-0277

Attorney For Plaintiff
SALVADOR TINOCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR TINOCO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, AND DOES 1 THROUGH 10,<br><br>　　　　　Defendant. | Case No. 2:16-cv-01516-WHO<br><br>STIPULATION AND [PROPOSED] ORDER RE VOLUNTARY DISPUTE RESOLUTION PROGRAM<br><br>Judge:　　William H. Orrick III |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Firmwide:144382099.1 052067.1538　　　　　　　　　　　　　　　　　　　　　Case No. 2:16-cv-01516-WHO

STIPULATION AND [PROPOSED] ORDER RE VOLUNTARY DISPUTE RESOLUTION PROGRAM

Pursuant to Local Rule 271(i), Defendant TARGET CORPORATION ("Defendant") and Plaintiff SALVADOR TINOCO ("Plaintiff") hereby stipulate as follows:

The parties agree to participate in the Court's Voluntary Dispute Resolution Program ("VDRP"). The parties propose that the VDRP process be completed by the end of March 2017, and that the Neutral shall file confirmation of completion in early April 2017.

The parties do not anticipate needing any modifications or additions to the Scheduling Order, and will meet and confer to determine if any discovery needs to be completed prior to completion of the VDRP.

**IT IS SO STIPULATED**.

Dated: December 9, 2016

/s/ Michael J. Trezza   (authorized on 12/08/16)
MICHAEL J. TREZZA
LAW OFFICE OF MICHAEL J. TREZZA
Attorneys for Plaintiff
SALVADOR TINOCO

Dated: December 9, 2016

/s/ Barbara A. Blackburn
MICHELLE R. BARRETT
BARBARA A. BLACKBURN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
TARGET CORPORATION

**IT IS SO ORDERED.**

Dated:  __12/12/2016_____, 2016

WILLIAM H. ORRICK III
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Firmwide:144382099.1 052067.1538              2.
STIPULATION AND [PROPOSED] ORDER RE VOLUNTARY DISPUTE RESOLUTION PROGRAM