| | |
|---|---|
| 1 | MICHELLE R. BARRETT, Bar No. 197280<br>LITTLER MENDELSON, P.C. |
| 2 | 333 Bush Street<br>34th Floor |
| 3 | San Francisco, CA 94104<br>Telephone: 415.433.1940 |
| 4 | Fax No.: 415.399.8490 |
| 5 | BARBARA A. BLACKBURN, Bar No. 253731<br>LITTLER MENDELSON, P.C. |
| 6 | 500 Capitol Mall<br>Suite 2000 |
| 7 | Sacramento, CA 95814<br>Telephone: 916.830.7200 |
| 8 | Fax No.: 916.561.0828 |
| 9 | Attorneys for Defendant<br>TARGET CORPORATION |
| 11 | MICHAEL J. TREZZA, Bar No. 142922<br>LAW OFFICE OF MICHAEL J. TREZZA |
| 12 | 506 Second Street<br>Yuba City, CA 95991 |
| 13 | Telephone: (530) 673-5637<br>Fax No.: (530) 673-0277 |
| 14 | Attorney For Plaintiff<br>SALVADOR TINOCO |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR TINOCO,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, AND DOES 1 THROUGH 10,<br><br>    Defendant. | Case No. 2:16-cv-01516-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P.41(a)(1)]<br><br>Judge:   William H. Orrick III |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Firmwide:147424978.1 052067.1538     Case No. 2:16-cv-01516-WHO

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff SALVADOR TINOCO ("Plaintiff") and Defendant TARGET CORPORATION ("Defendant"), through their counsel of record, hereby stipulate and agree to the dismissal with prejudice of this action, *SALVADOR TINOCO v. TARGET CORPORATION*, Case No. 16-cv-01516-WHO, in its entirety as to all parties and all claims for relief in Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear its own respective attorneys' fees and costs.

**IT IS SO STIPULATED**.

Dated: May 4, 2017

*/s/ Michael J. Trezza*  (authorized on 5/3/17)
MICHAEL J. TREZZA
LAW OFFICE OF MICHAEL J. TREZZA
Attorneys for Plaintiff
SALVADOR TINOCO

Dated: May 4, 2017

*/s/ Barbara A. Blackburn*
MICHELLE R. BARRETT
BARBARA A. BLACKBURN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
TARGET CORPORATION

**IT IS SO ORDERED.**

Dated: _May 4, 2017_____, 2017    _____
WILLIAM H. ORRICK III
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Firmwide:147424978.1 052067.1538    2.    Case No. 2:16-cv-01516-WHO
JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE